IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. SEVILLA,

      Plaintiff,                      No. CIV S-07-0160 MCE KJM P

    vs.

JAMES TILTON, et al.,

      Defendants.              <u>ORDER</u>

                             /

On January 28, 2008, plaintiff filed a letter, which the court will construe as a second request for an extension of time in which to file an amended complaint in compliance with the court's order of September 27, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's January 28, 2008 request for an extension of time (docket no. 42) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve his amended complaint, not to exceed twenty pages.

DATED: January 31, 2008.

                                           U.S. MAGISTRATE JUDGE

2/sevi0160.36(2)

1