IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ANTHONY SEVILLA,   No. 2:07-cv-00160-MCE-KJM P

    Plaintiff,

  vs.   ORDER

JAMES TILTON, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 4, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations. In large part, these objections address the magistrate judge's screening order of September 27, 2007; if the court considers them to be a motion for reconsideration, it is untimely. Local Rule 72-303 (b). Moreover, pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."

1

1 Upon review of the entire file, the court finds that it does not appear that the magistrate judge's
2 ruling was clearly erroneous or contrary to law.
3  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
4 this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,
5 the court finds the findings and recommendations to be supported by the record and by proper
6 analysis.
7  Accordingly, IT IS HEREBY ORDERED that:
8  1.  The findings and recommendations filed April 4, 2008, are adopted in full; and
9  2.  This action is dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P.
10 41(b).

 Dated:  June 2, 2008

 MORRISON C. ENGLAND, JR.
 UNITED STATES DISTRICT JUDGE

2